UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHERMAN WASHINGTON,

    Plaintiff,

v.                        Case No. 3:22cv9613-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

**<u>ORDER</u>**

The magistrate judge issued a Report and Recommendation on August 29, 2022, (ECF No. 8), recommending dismissal based on Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address. Efforts have been made to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with a Court order, and failure to keep the Court apprised of his address.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of September, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv9613-LC-HTC